# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARK ALLAN GOOD, ) | Case No. 10-13160 |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| J. MICHAEL MORRIS, Trustee ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Adversary No. 12-5052 |
| ) | |
| PERSELS & ASSOCIATES, LLC, ) | USDC Case No: 12-1269-JWL |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Defendant Persels & Associates, LLC moved to withdraw the reference of this adversary proceeding and to transfer it to this Court from Bankruptcy Court (doc. 1). On July 27, 2012, the Bankruptcy Judge issued a Report and Recommendation (doc. 5), by which he recommended that the motion be granted and reference be withdrawn immediately wi th respect to the claims against defendant Persels & Associates, LLC. The time for filing objections to the Report and Recommendation has passed and to date no objections have been filed.

Accordingly, the Court adopts the Report and Recommendation by the Bankruptcy Judge, and it grants the motion for withdrawal of the reference and for transfer to this Court (doc. 1). This adversary proceeding as it pertains to the Trustee's claims against defendant Persels & Associates, is immediately transferred to this Court.

IT IS SO ORDERED.

Dated this 24th day of August, 2012, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
