IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br>MARK ALLAN GOOD,<br>　　　　*Debtor*. | Case No. 12-CV-1269-JTM-DJW |
| J. MICHAEL MORRIS, Trustee,<br>　　　　*Plaintiff*,<br>　　　　v.<br>PERSELS & ASSOCIATES, L.L.C.,<br>　　　　*Defendant*. | Bankruptcy Case No. 10-13169<br>Adversary No. 12-5052<br><br>**Electronically Filed** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff/Trustee, J. Michael Morris, and Defendant, Persels & Associates, L.L.C., by and through their respective counsel, and pursuant to the parties' settlement agreement entered in the above bankruptcy case, all of the parties in the captioned proceeding hereby stipulate to the dismissal of all claims in the above-referenced case **WITH PREJUDICE**.

| KLENDA AUSTERMAN L.L.C. | REDMOND & NAZAR, L.L.P. |
|---|---|
| s/ Eric W. Lomas | s/ W. Thomas Gilman |
| Eric W. Lomas, #23769 | W. Thomas Gilman #11867 |
| 301 N. Main, Suite 1600 | 245 N. Waco, Suite 402 |
| Wichita, Kansas 67202-4816 | Wichita, Kansas 67202 |
| (316) 267-0331 / (316) 267-0333 fax | (316) 262 8361 / (316) 263-0610 fax |
| elomas@klendalaw.com | wtgilman@redmondnazar.com |
| *Counsel for Plaintiff / Trustee* | |

and

JOSEPH & HOLLANDER, P.A.

s/ Christopher M. Joseph
Christopher M. Joseph, #19778
1508 S.W. Topeka Blvd.
Topeka, Kansas 66612
(785) 234-3272 / (785) 234-3610 fax
cjoseph@josephhollander.com
*Counsel for Defendant*